UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROSA YAP MUNCHAK

:
:
:
:
:

CIVIL CASE NO: Brann/Saporito
4:16CV1639
(to be supplied by Clerk
of the District Court)

(Enter above the full name of interpretive service
plaintiff in this action)

① Becky Ruckno - Geisinger Director
② Geisinger Hospital, Danville, PA
100 North Academy Ave,
DANVILLE, PA 17822
③ Estate of Late DR. RobeRT L. Walker -
Contact Lawyer WENDY TRipoli
P.O. BOX 116 DanVille PA 17821
④ DR. Amy Law - FoRMer EMployee -
PResent ADDRess;
Desert Hematology & ONCology Medical
GRoup 39800 Bob HOpe DRIVE, SUIte C -
PH. NO. - RANCHO MIRAGE CA 92270
(760) 568-3613.

(Enter above the full name of
the defendant(s) in this action)

⑤ Geisinger Hospital
100 NIERth Academy Ave,
DanVille, PA 17822

① MoFFitt cancer center
12902 UFS MagNolia DRIVe
Tampa, FL 33612
PhoNe No. (813) 745-4613
② DR. RobeRT WENTHAM - oNcologist -
Same ADDRess oF MoFFitt Hosp.
③ DR. Ravi SHaNkaR - Radiologist
FoRMER MoFFitt Hospital employee
He MoVed TO:
CANCER CARE CeNteR OF BReVARD
1430 PiNe ST, FL 1, MeLbouRNe,
FLORIDA 32901
PHONe NO. (321) 952-0898

COMPLAINT

1. The plaintiff ROSA YAP MUNCHAK                a citizen of

the County of   LACKAWANNA                State of   PA

Pennsylvania, residing at  1421 Wyoming AVe, SCRANTON, PA 18509

wishes to file a complaint under  42: USC 1983
(give Title No. etc.)

FILED
SCRANTON
AUG. 0 8 2016
Amo
DEPUTY CLERK

2. The defendant is  ① Geisinger Hospital, Danville, PA
② Estate of Late DR. Robert L. Walker (Lawyer is ATTY. WENDY)
Tripoli
Danville, PA
③ DR. Amy Law FoRmer Employee of Geisinger Hosp.
oNcology Dept. PractiCing Now
Desert Hematology/oncology Medical GRoup
39800 Bob Hope DR. Suite-C RANCHO MiRage CA 92270

3.  STATEMENT OF CLAIM: (State below the facts of your case.  If you have paper
exhibits that give further information of your case, attach them to this completed form. Use as
much space as you need. Attach extra sheet(s) if necessary)

Atten: your HONOR ~~page 1~~

Federal COURT

The following Names & ADDresses are liable on my complaiN & Claim.

① Geisinger Hospital
100 North Academy AVE.
Danville, PA 17822
Phone No. (570) 271-6339

② Dr. Amy Law - former ONcoLogist during my
Treatments June 2005 - Nov. 2005
NOT CONNEcteD w/ Geisinger hosp. any more
& she moved to:
Desert Hematology - ONcology medical Group
39800 Bob Hope Drive suite C
Rancho Mirage, CA 92270
Phone No. (760) 568-3613

③ Late Dr. Robert walkers estate
CONTACT His Lawyer on this estate
Atty. WENDY Tripoli -          Phone No. (570) 275-1211
16 E Market St.
Danville, PA 17821

④ Becky RUCKNO Director of Interpretive services,
Geisinger Hospital-   patient & family ADvocacy-
25 CHURCH ST.
Wilkes Barre, PA 18765   Phone No. (570) 808-7826

⑤ moffitt cancer Research center PHONE No. (813) 745-4673
12902 UFS magnolia DRIVE, Tampa, FL 33612

⑥ DR. Robert WeNHAM Oncologist moffitt cancer center
12902 UFS magnolia DRIVE Tampa FL 33612
                              PHONE No. (813) 745-4673

⑦ DR. Ravi SHANKAR former moffitt Hospital radiologist
moveD To: cancer care center of BREVARD
1430 PINe St., FL 1, melbourne, FL
Phone No. (321) 952-0898                    32901

Atten: Your Honor                                                                8/1/2016

Fr. Rosa Yap Munchak,

Your Honor, Pls. enclosed here wite is a letter dated
June 9/2016 from Congressman Cartwright & 2 pages
of privacy release form, I completed in their office
on June 6/2016 w/ my complain. Pls. kindly review them
I was so emotional & desperate, where else To go &
what To do? I was emotionally, mentally affected
& physically in pain for the injuries these Hospitals
created on me, I will discuss this fully IN my complain.
Note: Your Honor, The letter of Congressman cartwright
gave me hope & encouragement w/c I was always so
depressed, It affected my life so bad. Congressman
is a very good human being & compassionate enough To read
my complain w/c my handwriting looks AWFUL
& NOT neat & in order, I was in Tears, while I
was To their staffs & writing the complain. They were
very accomodating cause, They probably felt my prob-
lems I admired the Congressmen To reply Quick
on 6-9-2016. I gave Him copies of Patient Bill of rights
Your Honor, my only defense against Geisinger Hosp.
& moffitt cancer research center are their OWN
medical records, which, I received & reviewed
pages To pages on Aug. 25/2014 Geisinger Hosp.
185 pages & moffitt Hosp. Tampa, FL 106 pages.
ARE their OWN medical records, I based all the
Truth & facts that were shocking, I WAS IN DISBELIEF
I Thanked God for years in seclusion from the
Truth w/c I was misled by them w/ NO disclosure
& NO rights as a patient. specially in 2005,
Your Honor, my English knowledge was poor, I was lis-
ted at Jacka WANNA Co. Courthouse of Turning down
Jury duty service even previous years of lack of
comprehension, I self Taught myself for years & I
improved from 2005 but High vocabulary, I am still
NOT good UNTIL NOW, I am still learning special GRAMMAR
& I always check the dictionary for spelling &
meaning, specially legal & medical Terms. It has to
explain To me Lots of vocabularies.

ATTEN: YOUR HONOR JUDGE FEDERAL COURT                    Aug. 1/2016
FROM: Rosa Yap MUNCHAK

All of the evidences/proofs were all from these
Hospitals medical records & each page. I attached
copies of my contradiction of the facts, Also
pictures of my injuries & etc.

#① Dec. 20/2004, I was in Geisinger, Danville, PA
To consult w/ late DR. Robert Walker thru
the referral of DR. Mazonni, Moses Taylor Hospital
Scranton thru His DNC screaping of my uterus
cause, I was bleeding after my menopause
DR. Walker, examined me & suggested, I have
To have a complete Hysterectomy, cause, of
what DR. Mazonni findings cancer in my uterus
I was so scared to death YOUR HONOR.

#② Dec. 28/2004 I was back To Geisinger. Hosp.
Danville, PA for Hysterectomy,
Note: Dec. 20/2004 mentioned above, my Husband asked
DR. Walker How long He's been operating on this problem
DR. Walker explain Oslowly He KNEW I was a mino-
rity & my husband would repeat slowly what he
says. He said around 20 YRS. & more then my
husband asked How many of this you had done, He
said your wife would be my #238 patients & my
last for 2004. I have OPERATED - my husband ex-
plain To me SLOWLY & we were SOLD.

#③ I signed the consent w/c my husband had read
it carefully & Told me To sign so, I signed /Hysterectomy

#④ Dec. 31/2004, I was released in the Hospital
was so Happy, w/my husband that, I survived.
Late DR. Walker Visited me & said, He'll be gone
for the New YR. & He will see me on Jan. 6/2005
in Wilkes Barre, PA Geisinger. I thanked Him
So much. I rested at Home

#⑤ Jan. 6/2005 Geisinger Hosp. Wilkes Barre, met w/
late DR. Walker I was so scared To find out, what
kind did He remove. Size & The result. ?

ATTEN: YOUR HONOR, Federal court          Aug. 1/2016

Continuation of (#5) Page 3, He was kidding me & He was removing the stitches, This is going 81 West, He made us laugh, He took us to his office & I asked Quick Doctor, what did you find? to remove? He said lucky it did not touch the wall of your uterus, He said, it did not look like cancer to me, it was a strange looking cell I never seen one like this? my Husband asked, How big he said, very thin, but, for MY OPINION, I would give you 6 chemos & radiations, I got so scared but, I could not say no cause, I trusted Him after the good surgery 100%.

Note: YOUR HONOR - Take a Note: late DR Robert Walker should PET-scan me for cancer before & after the Hysterectomy, He did not Do this for a Top Surgeon, ONCOLOGIST gives chemos & Gynecologist, 3 big Titles, How did He NOT given me these 2 Tests? WHY? If he had given me the PET-scans before & after the Hysterectomy on Dec.2004 - Jan/2004, I'd not be Here w/ the complaint I'd NOT be injured for life w/ Neuropathy & lymphedema, He did not have to send me to moffitt cancer in Tampa Fl. w/c They performed the PET-scan on March 15/2005 moffitt Hosp. did not disclose to me & my Husband the PET-scan result Negative for cancer & No comparison of previous PET-scan Test w/c late DR. Walker should had done mentioned on the above. moffitt Hosp. concealed this & started my 31 radiations w/ an illegal consent dated 3-24-05 signed by DR. Ravi Shankar an Indian radiologist & I signed, I was not offered an interpreter as a minority w/ accent Quick for me to sign & Treatment would start 3-27-05, I was scared all the Time Pls. Read the copy of the consent - NOT an informed consent, I copied - I am aware that the practice

Atten'. Your HONOR Federal court Mr. Rosa Munlnat
continuation of page **4**
of medicine and surgery is not an exact science and I
acknowledge that no guarantees have been made To
me concerning the results of proposed treatment,
I understand the proposed procedure is intended
To treat the ff condition Endometrial cancer Note:
(never mentioned 3rd stage). copy of this enclosed herewith,

⑥ I am aware that, there are risks attendant To any
medical/surgical procedure such as severe blood loss
infection, cardiac arrest etc. the following specific
risks of the proposed procedure have been discussed
w/ me. Nausea, vomiting, diarrhea, loss of hair in
the Treatment area, fatigue, loss of appetite, changes
in blood counts and skin changes, such as redness or
tanning. These are Temporary effects that occur
during the Treatment and subside after the
completion of the Treatment. bladder irritability/
bowel irritability, NO interpreter offered To me
Note: This consent - was illegal & should be
VOIDED YOUR HONOR - (I had no idea what occur to subside
means & etc.?
copy enclosed here with your honor but let me
write & explain this now. consent particularly
informed consent is the CORNERSTONE of patients
rights, consent is based on the inviolability of
ones person, it means that doctors do not have
the right to Touch or Treat a patient without
the patients approval because, the patients is the
one who must live w/ THE consequences to deal
w/any Discomfort cause by Treatments A doctor
can be held liable for committing battery if the
doctor Touches the patient without FIRST obtaining
the patients consent, INFORMED CONSENT.
Note: my contradiction is This DR. Ravi Shenker
of Moffitt Hosp. had me sign Quick Not offering an
Interpreter my husband was not present, He was
kept in the waiting room the same as Guumwen
Hosp. Consent on 6-23-05 exactly identical see this
later, Note: Moffitt is #16 research cancer in U.S

Atten: Your Honor                    Aug. 1, 2016

For Rosa Yap MUNCHAK

Continuation of page 5

How could lymphedema swelling & Neuropathy nerve damaged on my feet & toes, swelling (edema) from my belly, down to my feet & toes were omitted on this consent? The most dangerous Risks I have now for life, & my bowels are weakened I have to go 2-3 times a day, it takes hours for me to get out I spend more time in the toilet then eating, for life this was omitted too, the most important Risks for life this consent was a joke Moffitt is 100% liable for this on patient Bill of Rights they all violations consent should be voided by law Note! consent is NOT valid if the patient does not understand it's meaning or if a patient has been misled. they're guilty on this your honor simply consenting to Treatment is not enough. A patient must give informed consent, basic information should be given to me about the doctors purposes to do, consent, the most important legal doctrine in patients rights — (they are guilty) on this your honor, I should have disclosure than less. healthcare provider must first present information regarding risks alternatives & success rates. Information must be presented in language, the patient can understand, A description of the recommended treatments or procedure, a description of the risks & benefits particularly exploring the risk of serious bodily disability or death, I'm suffering since, the treatments of Moffitt & Geisinger Hosp, they injured battered & disabled me for life, they are liable hospitals & Doctors, the sufferings of 18 chemos & 31 radiations Any material Risks must be disclosed, I have the rights to decide not to undergo the treatments

Your Honor, Federal Court
Aug. 4 2016

For Rosa Yap Munchak

Your Honor, Continuation of page 6, the worse
of all these (2) hospitals concealed & no disclo-
sures of my PET-Scan negative, identical.

Your Honor on Jan 6/2005 meeting w/ late DR. Welker
mentioned #5 of page 4. He recommended & made
the appointment for me w/ Moffitt. He said the oldtimers
from Geisinger Hosp. a good radiologist moved to
Moffitt Rosa, & he will take good care of you. I 100%
trusted him, Your Honor, I had not met that radio-
logist or not even his shadow, I had not seen in
Moffitt except that DR. Ravi Shankar, who signed the
illegal consent Your Honor, this is against the law
& it should be disregard & voided Note: Also, another
illegal, I had not signed a consent for the
6 chemos they gave me that contributed to my
neuropathy on my feet & toes nerve damaged for life
there was no consent on this - only the
illegal 6-24-05 consent for radiations only
see copy enclosed, DR. Ravi Shankar signature
& my signature, pls. review all the above.

Also, pertaining for Geisinger Hosp. & Moffitt Hospy
are hospitals required to provide language access
services www. nwiglobal. com/.../hospitals →
provide-language-access services. Aug. 19, 2014 required
under the title VI of the Civil Right Act of 1964
discrimination on the basis of race, color or Natio-
nal origin is prohibited, therefore healthcare providers
Hospitals that receive Federal funds including
medicare, medicaid to SCHIP are required to
provide language access services to their patients
Your Honor, Geisinger Hosp & Moffitt are candi-
dates on this I got this on google search
are Hospitals required to provide a language access
services - copy enclosed herewith

ATTen: YOUR HONOR Page 9 Aug 9/2016
Federal court

YOUR HONOR, back on Jan. 6/2005 my meeting w/ late
Dr. Walker removal of stitches - every words He mentioned
here that, It didn't look cancer to him & it was
strange looking cell, never seen one like teni but
he will give me, 6 chemos & radiations when I
reviewed pages to pages, The medical record
meeting copy enclosed on this date was blanked
- 0 - How could this doctor with Three Titles?
got paid by my health Ins. & The report was blanked?
Note, also on June 3/05 coming back fr. Moffitt Hosp
after the Treatments, He gave me the appointment
late Dr. Walker was notified by moffitt on 4-11-05
copy enclosed here with Moffitt medical record,
that my pet-scan was negative, the worse He
ignored this & never disclosed To me, concealed
this from me, I was alone w/o my Husband
This was very crucial when, He convinced me To
get the full 12 chemos cause, I'm still Young To
Take it, never mentioned the risks of Neuropathy
never mention the contents of the consent that
other kind of cancers or Leukemia can occur
w/ these chemos, & No guarantee for cure!
& what neuropathy was? None was explained
? No risks for life the injury of Nerve damaged
No options & No alternatives None &
YOUR HONOR - Another worse & shocking
His report on this 6-3-2005 copy enclosed
here with was also blanked - 0 - I paid
$139. - check, I could remember applied To my
deductible & The report was blanked? YOUR HONOR
If He was Honest he would disclose my pet-scan
negative & explain To me the above & give me
my Choice & decision To take this Treatments or
NOT, Patient Bill of Rights Says only the Law of U.S.
can force me for Treatments

FR. ROSA YAP MUNCHAK

YOUR HONOR, ON this 6-3-05 late DR. WALKER gave me scare Tactics If, I dont TAKE it while it's better I'm still Young 53 yrs. OLD, I have the chance TO get cured. (NOT Knowing their consent (NOT informed consent w/c he NEVER mentioned spelled out on 6-23-05 No guarantee For cure to these cysplatin & TEXOL 12 Very Harsh chemos can cause another kind of cancers like leukemia. Also, He said my cancer 3rd stage is still in my system even I finish the Treatments of chemos & radiations w/ moffitt I have To Take his 12 chemos. So, I asked where else can you find the cancer? in your blood I said, DR. I'd Take that blood Test, He said good, Still, He never disclose my pet-scan Negative from cancer on 4-11-05 moffitt medical report enclosed here. He was notified by moffitt of the pet-scan result your HONOR, He should had given all the risks IF I TAKE OR NOT the Treatments, What would be the consequences? get a release form I've To sign whatever decision I'd make your HONOR, Note! Also. He had more than 2 months from APRIL 11/05 To June 23/05 To gave me my rights to disclose the pet-scan but, He ignored & violated my rights He was for financial gain all of them your HONOR WHO WAS above late DR. WALKER? To examine His decisions? There was NONE your HONOR, It seemed To me He was above every decisions. & His report on 6-3-05 WAS bleinked — 0 — There WAS NO Health Provider & patient relationships at all, Doctors took a pledge FIRST DO NO HARM, but He & the rest DR. Amy Law WHO TOOK OVER his job on June - Nov/05 WHO also guilty of giving me Treatments continued the wrong doings of late DR. WALKER. She ignored all of my rights, She signed the consent w/ the offending Nurse MARY Wilkinson on -6-23-05 w/c NOT an informed consent. Violated all my rights on patients Bill of Rights, NOT offered an interpreter & all my rights mentioned

Your HONOR,                                    PAGE 10

Fr. Rosa Munchak

DR. Amy Law - Oncologist Now moved to a Chemo medical center, Desert Hematology
in Rancho Mirage CA, got her Address listed Here.
Continued the ORDERS of Late DR. Walker To finish me
Your HONOR, ARe identical what moffitt Hosp. Did To
me, Late DR. Walker & Geisinger danville, Your HONOR
are liable of sending me to set-up my Treatments
To moffitt Hosp. They worked in TEAM FOR financial
gain, I was a great candidate a minority, w/an accent
ignorant Naive, scared To death w/an older disabled
Husband just yes them To Death, We put 100% Trust &
loyal To these 2 Hospitals & all their doctors, who
else would we Trust YOUR HONOR? In the middle of
my fears & anxiety, I had panicked attack on my
first chemo Treatments w/ NO consent) when, I
was sent To a waiting room w/ Hundreds of patients
in moffitt March/05. look pale SKINNY, weak, some
w/ Holes on their THROATS & some w/ chemos in
the bags they carry 24/7 Chemo, I got so nervous
Your HONOR, I started To sweat & got so COLD,
my Heart was pounding like it would come out
of my chest, my Husband stood out there scared, The scene
was so scary, I ran To the bath Room - ladies Room, &
ran COLD water To pour on my chest, started To do exer-
cise To create Heat in my body cause, I felt so COLD
& Trembling, spent 20 min. than I have To come out
called my Name To a room w/ lazy boy's chair. w/ small
TV. sets, sat down & Here comes the chemo Nurse w/
long Needles ask me if, I want a port an opening
on my chest above, I said what was that? she explained
I said, do the needle. I was stub Twice, it was so
painful & the bags of chemos went To my vein &
I could smell the chemicals so strong, Your HONOR
I urinated all of it w/ bags of water/ As I stood
up I couldn't walk straight To the ladies Room w/ the
chemos Hooked up on me, I felt so dizzy & the
FLOOR felt elevated & my Tongue felt so strange

Your HONOR Federal court Page 11 8-1-2016
Dr. Rosa Yap MUNCHAK
Sandwich & soda they served I can't eat a drink, had a very
awful taste, I threw up, very hard your HONOR for me NOT
to cry so hard while writing this 'HORROR experience of 6 cycles
of chemos from Moffitt w/ No consent on 3-24-05, only the
consent for radiations (31 Times) Dr. Ravi Shankar & I
Exspired 'illegal consent: I could NOT eat, I got so weak
Tired & ran to the bathroom many Times, could NOT
sleep & Note. The Lies Moffitt wrote on their report
that the Treatments I Took there all, all Lies, you
don't wish to anyone to go thru what I experience in
chemos, In the morning for 31 chemos, (daily outside
my pelvic & middle of my belly, & last 3 were a
Hot ball bigger than an egg was put inside my
Vagina, this Dr. Shankar was so cold, He watched
me in a cube, screaming to stop, It was so
Hot Your Honor, that I suffered, He NEVER did stop
I cried & said I'd NOT take this again, He said well,
You NEED painkiller? I said you should had given
that to me the first place WHY? He didn't reply
then He said, Next Time 2 more To go, Your
Honor when, I finished all the 31 radiations
made me so sleepy & Tired all the time & Toilet
often. He smiled & said, Rosa Congratulation
WHY? He said Here's Your Diploma You graduated
still never mentioned the Lymphedema as a research
#16 Hospital in America (edema & neuropathy) the
chemos & radiations damaged me & my pet-scan Negg-
ative they concealed, Read all the Lies on their report
where was the release that they had me sign? To
informed me the pet-scan 3-15-05 They performed
was negative. Here are my rights to take or NOT the
Treatments your HONOR None, identical as Gestapo
Well, I Took the Diploma WHY congrats me? He said
You are the only one that finished the radiations &
The ones were w/ me Quit - someone smart must
had Told them the Risks & they Quit. Lucky for them

Your HONOR, Federal Court 2 # 12                    8-1-2016
Fr. Rosa Yap Menchak
I was ignorant cause, I was not informed & so as my
Husband No interpreter, same as Geisinger Hosp.
Bad doings Your Honor, I was their easy catch.
Your Honor, If you believe on a saying what goes
around comes around. Your HONOR, late DR. Walker
is NOT Dead yet, He is alive on my medical
records Your Honor, He will be Dead once, I get
the justice I deserve for 11 yrs. in seclusion &
for the rest of my life for injuries & battery they
inflicted on me & the Tortured of 18 chemos & 31
radiations

                                   July/05 were in
IONIA FAIR, IONIA Michigan 500 miles from Home.
I started my 1st. full Tough Harsh chemos of stronger
cysplatin & Taxol in Geisinger on June/05, July/05
got a call from Geisinger Danville that my New Doctor is
DR. Julia Donovan, late DR. Walker Took a medical (Leave
I said WHY? She refused To explain. my Husband drove
To Geisinger Danville PA one way 500 plus miles for
my second chemos got there 6:30 A.M. w/ 3 HRS sleep
in a motel. DR. Amylaw Took over for DR. Walker's
job, She mentioned Twice cancer marker were good,
No explantion? I said OK? She said Rosa, you think you
are bad? I said WHY? wheres DR. Walker? He wants to
give me chemos here in Danville PA than Wilkes Barre, PA
cause, He would visit me every chemos, I thought Your
HONOR that was nice of Him moral support, She said
You won't see DR. Walker anymore? WHY? She said
He develop cancer last April & He staying Home & rejec-
ted all Treatments? I said What kind? He didnt
reply- I cant believe No wonder last June 3/05 my
1st. & last meeting w/ Him after Moffit Treatments He
looks so different lost Lots of weight so skinny &
I ask WHY? He ignored me, He was a very active, Tan
athletic figure & Lots of sense of HUMOR. so I was
Shocked, I said lots of prayer for miracles.

Your Honor, Federal Court
Fr. Rosa Y. Munchak

for my Surgeon late Dr. Walker, I respected Him
called Him my angel Doctor w/ His good Surgery on
me on Dec. 28/04 NOT Knowing the Violation
He did & all the Staffs, Dr. Amy Law his Successor,
Becky Ruckno, director of interpretive Services,
Dr. Burke the Director of free experience issue,
I had meeting with him on Jan. 6/2016. The most
Sirable on all of this was Geisinger Hosp. itself
From June 2005 - Nov. 2005, I got copies of
the explanation of benefits. The monies that
They took from my health Insurance roughly
$95,000. — & for Moffitt Hosp. From March/05 -
May/05 $75,000. — roughly, No wonder late
Dr. Walker would not do PET-Scan Test before
& after the Hysterectomy on Dec. 28/04 cause,
it would come out Negative for cancer Then,
Geisinger & Moffitt would be out for all the
Monies. Life is Fragile, We are only here in
a borrowed Time do good Deeds.
Dr. Walker was on 6-3-05 After coming back
from Moffitt treatments that were illegal. He looks
weak & So Skinny, I've asked Him after He
gave me a Hug, you lost lots of weight No reply.
This was the date crucial for me To get His
Scare Tactics To Take the Chemos 12 Harsh, I've
Mentioned here on my report. The letter from Becky
Ruckno on Feb/2016 mentioned her cover ups
& admitting their guilts, I'll discuss that w/
copy of her letter Feb/16, Moffitt & Geisinger can
claim they cured me, your honor of all the Violations
they got the Nerve, they cured me? They made
their own decisions w/o mine & w/o my Knowledge

Your Honor

Aug/3/16

Federal Court

Well, my Treatments he started me w/ Moffitt 31 radiations & 6 cycle of chemos on March - May/05. June/05 - Nov/05 Geisinger started my full Chemos 12 Harsh ones, I suffered Terribly. The Late Dr. walker developed cancer April/05 & Died Nov./05, while Rosa supposed to be sicked w/ cancer fr. June/05 - To my last Nov/05 Chemos, He ordered it Nov./05 I survived cause, There was nothing to be cured, He must had Known that was gone after the Hysterectomy & His report was blanked -0- 1-6-05 How could Geisinger justify their No 1 Top Doctor gave me a blanked -0- report? & Just Took my Ins. Money Same on June, 3-05 blanked all of these were mentioned in my previous report Geisinger had lots of Violations & guilts I can not wait to meet w/ Them & Moffitt Your Honor Your day of judgement w/ them & ask them many Questions. Your Honor. He refused all Treatments never gave His Io & more Service yrs. of Service. The Hospital that he created w/ lots of monies, never made a Dime from late Dr. walker, but for Rosa, He grilled me alive w/ Moffitt & drained my Insurance, & injured, battered me for life. How could I forget & forgive Your Honor? My Heart bleeds every Day, I suffered every Day, every inch of pain in me I cursed all of them. Late Dr. walker is Not Dead Yet to Die Your Honor He's still alive where? In my medical reports from Geisinger & Moffitt, He will Die if I get the justice I deserve & they accept their faults

Federal Court

my remission fr. 2005-2010

medical report from Geisinger Hosp. Danville, PA dated 12-6-04 enclosed herewith during my remission w/ Dr. Julia Donovan, she replaced late Dr. Walker, she prescribed estrace cream for me to use inside, when she examined me, my husband read the warning, it can cause cancer, I got scared, I quit using it, your honor, why would I use estrace cream that can cause cancer again? when, I just got thru all the sufferings tortures, pain & anxiety of all my treatments? 18 chemos & 31 radiations, she got upset of me stop using it, long before I discovered the illegal against the patient bill of rights w/ my pet-scan negative added to these violations. If I had known & if they were honest & disclose the result of pet-scan negative & negative blood test, I would refused the treatments, their consent NOT informed consent Geisinger, these chemos Taxol & cysplatin full chemos can give me cancers like leukemia & no guarantee for cure, I was not given any rights on treatments the risks & etc. When late Dr. Walker 6-3-05 visit after my treatments in FL. claimed it can get rid of cancer, I was still young to get it in all scare tactics. He didn't explain, what the contents of the consent. He knew about this, He was NOT honest, He should had pet-scan me before & after the Hysterectomy, He IGNORED, They will never get $95,000 & moffit $75,000 there was nothing to cure, cancer went all w/ the organs He was such a good surgeon only but a businessman for financial gain Hrs 6-3-05 medical report was blank copy enclosed herewith.

Aug. 1/16

Your HONOR
Federal Court
Re. Rosa Munchak

Late DR. His suffering ENDED on 11-6-05 But Rosa is
walking suffering impaired & will suffer for the rest
of life. YOUR HONOR, I pray Hard To GOD
at Night w/ my rosary & my SUNDAY obligation
at St. Paul church, Greenbridge that w/ your
good & Godly Heart that, You will NOT TURN
ME DOWN, You will give me the Justice that
these Two Hospitals made a victim out of
me for CORPORATE Greed. They didn't care about
Rosa's Health, just their own financial
gain —. Your HONOR, I'm 64 yrs. old Now, 11 yrs.
ago I was 53 yrs. old when They victimized me.
my Husband TURNED 91 yrs old this July &
He has few more yrs. To live & me I have
Probably w/ GOD's blessings will have longer. Pls,
We would like you To give me your Justice
To Punish those who did victimized me for life
before I leave this earth. my plan were, WHEN,
I was healthy before my Treatments, we were
So, Happy my Husband Quits at 88 yrs old
Oct. 2014, I plan To continue my business
w/ my brothers Til in my 80's But these
Hospitals shattered my Dreams They forced
me out of business, I have To work on my
feet your HONOR at age 63~64 at the produc-
tion Assembly line. They forced me out of
business We Quit when I found out the Neuro-
pathy on my feet Not the Hysterectomy they built up
in my Head, They lied To me at the remission
for 5 yrs. ended on 2010. I was scared To
Travel THOUSANDS of Miles I could kill myself
or SomeBODY on the road. It hurts me To Quit

YOUR HONOR
FEDERAL COURT
8/8/2016

YOUR HONOR, The pet-scan alone my insurance paid $4000,— in one HOUR on 3-15-05 & They violated my rights, both of them, I had the right to be inform on the result WHY NOT disclose to me? & my Husband, They concealed this for their Greed. They disregard my pet-scan on 3-15-05 Negative. SORRY, YOUR HONOR If my Hand writing changes eachpage cause, of me in Tears very Hard to write this w/o crying, my emotions & mentally affected all the time, every pain every minute, I cursed Geisinger, Moffitt & all that were involved, It's a Torture To me that I'm punished for the rest of my life, Affected my personal Appearance, my Half of my body my feet Ankles are Deformed, Im disable, I can only drive small Distance, It affected my immune system anyone coughs, I get the cold all the time, been calling my Doctor for Amoxocieffin antibiotic I Lost my sheek, nice Hair, I limp when I walk, my Nice Thighs & legs swells all the time, my Nice feet are all Deformed, It carries my whole body, It HURTS YOUR HONOR as A plaintiff, I pray Hard w/ my Rosary as a catholic, I go To St. Paul Church Here in Greenridge, praying Hard for your justice To be given To me, I'm 64 Now Your HONOR I don't KNOW How Long would I Live my Husband '91 YRS. OLD Now He has few Yrs. To Live, before He leaves this earth, Pls. I want To see justice DONE YOUR HONOR. copy of Geisinger concern letter follow up, I received this Yr. 2015 fill out the form. FIRST Time They NEVER SENT this since 2005, cause They knew of my complain Nov. 4/15. Before this date, I called Geisinger compliance Dept.

YOUR HONOR                                            8/1/2016
FEDERAL COURT

Before, Nov. 4/15, I called Geisinger Hosp. Scranton,
cause, I got so fed-up contacting Local Legal
Helps on my problems, they did nothing but dis-
couraged me, I think they had conflict of
interest w/ Geisinger & I blamed myself again
cause, of my accent & as a minority, they would
not even give me a chance to show them all
the proofs & all the patients Bill of rights that
were violated. The reasons, I seek the help of
congressman matt cartwright who I voted for &
I trusted Him that, He would guide me to the
right direction my Last Hope. His Letter (enclosed)
herewith. A very good Human being, He gave me hope at Last
when, I contacted Geisinger, before Nov. 4/15
I was so upset, they direct my call to Jane Gaul
the compliance Dept. person, & Told her, who's
your CEO, I want to talk to him? I insisted
she was excited calming me down, said soon
someone will call me. Your Hosp. gave me treat-
ments w/ negative pet-scan on cancer & gave her the
dates thru their own medical records, As a mino-
rity you violated all the patient Bill of rights.
So, Quickly, I got the Appointments:
YOUR HONOR, Nov. 4/15 Geisinger Hosp., Scranton, PA
Jane Gaul, compliance Dept. (Head) Scranton, & Becky
Ruck ND director of patient & family Advocacy & inter-
pretive services. (enclosed herewith) all their Letter Corres-
ponding on 11-4-15 meeting.
I sat down w/ them w/ my Husband, OH!! they were so
nice to me, I started from the time of my Hysterectomy
Dec. 2004 to yr. 2010, I did cried the whole session
I insisted that they had no interpreter for me, concealed
the negative pet-scan, all my suffering & gave them copies
of patient Bill of rights all copies of their un-informed
consent, medical reports of 6-3-05 blanked-0-

Fr. Rosa Munchak

report from Late Dr. Robert Walker, my surgeon, Gyneco-logist & Oncologist on the most crucial date visit before He took medical leave for Cancer. & He didn't DISCLOSE but, He CONCEALED the PET-scan negative for Cancer from Moffitt w/ He was liable that. He professionally referred me there; w/c on April 1, 2005 on the medical record of their own, He was informed of my negative PET-scan, but still He insisted to ignore all my Patient Bill of Rights (Federal) He had more than 2 months to inform me that I have rights under the Law, He violated that. It fact the 6-3-05 mee-ting when He gave me scare tactics to get the Treatments 15 minutes visit w/ $139. - A paid to Apply to my deductible. Has no integrity & intentionally disres-pect. ME AND. UNPROFESSIONALLY, report was blanked ZERO, everything He discussed while He took advantage of me as a minority, never gave me OPTIONS, warning of the danger of Neuropathy Nerve damaged for life on my Toes & feet; Late Dr. Walker & New Hospital is liable, Becky Ruckno could not say anything but, there might be next page report that He mentioned or continuation, I told her Quick, None, these are Numerical ORDERS w/ dates, DON'T you insert anything here, she said Quick, OH!!, No that's against the law (I forgot to tell her that everything you did was against the law) cause, I WAS sobbing Your Honor). But, when I complain that I had NO interpreter that I was listed at Lack.Co. Court that I turned down the Jury duty service of Lack of comprehension in 2005 & How I self-taught myself English gradually, Grammar & etc I improved for 10 yrs but still NOT well enough.

Note: Your HONOR-She DID NOT introduce Herself

YOUR HONOR ~
Federal court
Dr. Rosa Munchak

As a Director of interpretive services at that moment.
They both listened to my complain & they kept on
giving me boxes of Napkins to wipe my tears.
over one HOUR w/ them, Becky Ruckno, you see
still concealed Her position as interpretive service
director? YOUR HONOR TRICKY at that meeting.
At the end, she whispered to me, Rosa, No interpreter?
I said None. My Husband was kept in the waiting room.
Then, they were so compassionate specially Jane Gane
than Becky Ruckno — I had no idea of her position?
Then said what do you expect our Hospital to do for
you? I said, I came here to inform you what your Hosp
& your doctors had done to me & you are all liable, I came
here ... amicably w/o legal action for you to do your
responsibility towards me. I gave her all copies
& said this was just the first step, then, 2nd step
would be next meeting, see letter on 11-4-15 meeting
w/ them enclosed herewith. I've asked Becky Ruckno
How long was she connected w/ Geisinger? She
said 20 yrs. Then, I said, you knew Dr. Robert
Walker deceased? She said Yes; Your HONOR
she might be the director of interpretive services
at that yr. 2005 on my treatment or NOT
but still she should had disclose that at the meeting
she was the interpretive services director — she never
mentioned. Becky Ruckno, employee of Geisinger
Hosp. As the director of compliance & interpretive services
Geisinger Hosp. is LIABLE of her unprofessional
responsibility. They were worried, that reason they met w/ me
NOV. 10/2015 letter enclosed here with from Geisinger Hosp.
2nd Letter - pls. read my comments. on this date
Dec. 22/2015 FROM Geisinger Hosp. Danville, PA
3rd letter

fr. Rosa Y. Munchak

Your HONOR, this was a joke fun Dec. 22/2015 3rd.
letter fr. Geisinger & says, our hospital is concerned w/
the continuing health & care of former patients - You
may have had surgery or other treatment at Geisinger
Medical center in the past, we are interested in
Learning how you have been doing - we urge you
To see the physician of your choice at least once a
year. We wish that you continue to feel well.
A big con to joke your HONOR, I'm injured for life
An insult. I brought this letter on our 2nd.
meeting w/ Geisinger on Jan. 6/05 Scranton, PA.
I said I can't believe how disfunctional your
operation? You never cared about me? from 2005-2010
& had never receive this kind of letter from you?
except after my 1st. visit 11-4-15 Complain w/ your
personell, Jane Gaul Scranton, Becky Ruckno director
of all Geisinger + you made $95,000 roughly w/ my
Blue Cross explanation of benefit copies, Now you
want me to give you more visits? You injured me
for life treatments illegally w/ violation of patient
Bill of rights & more MAJOR Complain.
Your HONOR, my blood pressures went up Also, every
treatments from Moffitt Hosp. & Geisinger on their
medical reports my Normal pressure went so high
cause, I got scared all the time & worries, they laughed
& said OH! that's white coat syndrome, means I'm
scared of them? made a joke.
Note: copy enclosed here only on 9-26-14, it took
a month for Geisinger to come up w/ their, NOT informed
consent they concealed this Too, PET-scan received
on 8-24-05. They claimed they couldn't find the treatment
consent. I said check your oncology Dept. I have to tell
her the medical record Dept. & found it. Intentional COVER-UP

Your Honor,                                                ROSA 8-1-16
                                                            MUNCHAK
continuation w/ Visit on 1-6-16 Last Visit w/ Geisinger
Scranton, PA. Your Honor, Jane Gaul (Scranton) Geisinger
to Dr. Greg Burke, Danville, Physician Administration and chief
Patient Experience Officer, Note = Becky Ruckno had an alibi
Her mother fell & in the Hospital so, she didn't show
up. Pls. enclosed here copy of the letter dated Feb/2016:
1-6-16, I Told them w/ my Husband next to me, Today
a very memorable Date Almost 11 yrs. ago, the same
day Jan. 6th but 2005, when Late DR. Walker removed
the stitches on my Hysterectomy that he performed
on Dec. 28/04, He Told me & my Husband, it didn't
look like cancer when he removed, it was a strange
cell but He would give me chemos & radiations, 1-6-05
Note: His medical report WAS Also blanked — O —
everything he had said WAS not written, on His
Medical record on Jan. 6th/05 identical of ZERO
blanked, I said to DR. Burke WHY? He would not
reply? Have you reviewed the 667 pages I thought
my DR. Sebastianelli primary Doctor Secretary said
185 pages.? He never replied again, I kept on Talking
I said WHY? I'm doing all the Talking & you never
said anything? What's the use of this meeting. You
are like a soldier came to war w/ no weapons?
Then, I said, who was above Late DR. Robert Walker
that these happened To me, No one check or examine
Him? DR. Burke replied, I'm not a lawyer and that's
a legal Question, I said then, WHY are we having
a meeting now, my Time is wasted, It's all black
& white from your own medical records, I showed
Him some evidence, Then He said, explained on their
letter on Feb. 11-2016 stamped on the envelop cause,
It was not dated by Becky Ruckno, she still e-mail
this To me on Feb. 5/2016, Pls. copy enclosed, That
The recommendation of the cancer specialist to the Tumor
Board, that I have To have the Treatments of 6 chemos
& 31 radiation & Geisinger Late DR. Walker continued
the Treatments of 12 full chemos w/ their standard

YOUR HONOR, PB 23 For The Permanent
FEDERAL COURT 8-1-2016

care, I said, How abount I have the + rights To be notified by Moffitt Hosp. & you the rights To be notified by Moffitt Hosp. & you the Geisinger Hospital giving me the information concer- ning the diagnosis alternative, risks, prognosis, the UNANTICIPATED outcomes like the injuries of chemos & radiations for life. I'm suffering now & for life The Worse of all. You did n't disclose the negative PET-scan, The Negative blood Test before you gave me the Treatments, both of Your Consents are VOIDED & illegal - against the Federal Patient Bill of rights, Civil & Human rights - means you had denied me all of these & shot me out? You both were paid super good w/our 100% Trust. Both of you concealed this PET-scan negative I have the rights To refuse the Treatments except as otherwise provided by law. Both of you moffitt & Geisinger Hosp. None of you are the law. You & moffitt NEVER offered me an INTERPRETER as a minority w/ an accent, you just disregard w/ disrespect all our Trust, all the Bill of rights Federal. You both violated, when, I insisted that NO interpreter on signing the Consent, DR. Burke YOUR HONOR leaned back sitting down & He swallowed Told Him. They were Liable. He never replied, when I mentioned my rights, There was nothing To cure, DR. Walker Hysterectomy Took whatever that cancer out w/all the organs the reason the petscan on 3-15-05 in moffitt was negative & the blood Test 6-9-05 at Geisinger, Danville, was negative, also, was concealed You Took advantage of me as a minority for financial gain. You & Moffitt are in Team, I said I got To Go To work, I work at 4:30-1:00 A.M. Then, He said, He should Hire me To work under Him, I said, I have here the Truth & Common Sense, I would never worked w/ you cause,

Your HONOR
FEDERAL COURT

Fr. Rosa Munchak

I speak the Truth, Then He said, I sound
like a lawyer & articulate, I said, Don't
butter me up, I self Taught myself, still
long WAY To go on comprehension but I'm
Trying To learn everyday - He said, I'm
No. 1 patient in his practice that, he will
not forget & Jane Gaul said, I'm #3
that She won't not forget. We ended.

Your HONOR pls. review their letter on Feb/16
the 4th letter I have Highlighted, (Geisinger)
the 1st. paragraph, it says, we also want to
note, that we offered To you interpretive services
for this meeting but indicated that you did
not want them Feb. 2016 meeting w/Jane
Gaul & DR. Greg Burke of Geisinger Danville PA
Well, Note: This WAS To justify when THEY ARE
WORRIED of their failure of offering the
the interpretive services even a Filipino
Nurses or a doctors well there are some
& WHY Now in 2016? NOT IN 2005 when
I needed it the most. they are Trying To
cover up your HONOR. There was nothing to interpret Now.

The 3rd paragraph Moffitt & Geisinger HOSP
made their own decision with out my
knowledge of my pet-scan Negative on 3-15-05
Very clear they Violated Your HONOR all
my rights on Patient Bill of rights Federal
for both of their financial gain, I had NO decision

The 4th paragraph your HONOR on this paragraph, the physicians recommended the care based
on their opinion that it provided me the best
opportunity To remain cancer free & my Insurance
co. would NOT agree To pay for the care that was

(left margin notations, rotated): my argument   my argument   my argument

8-1-16

Your HONOR
Federal Court
Fr. Rosa Munchak

NOT necessary, my Argument, of paragraph 4th.
Your HONOR they based their illegal Treatments
given to me from only their medical OPINION?
& disregard the PET-scan negative Test that
my Health Insurance paid $4,000 in one
Hour that year 3-15-01 & NO disclosure &
concealed this To me? I had the right
To KNOW? Why have this expensive machines
like the same as cat scan To Test patients
before all Treatments? Why disregard this
& violated all the patient bill of rights
These Dont make any justification at all?
& it will provide me the best opportunity
To remain cancer free?
Note: your HONOR & on the illegal, unuiformed
Consent The 2 Chemos Texol & Cysplatin some
Kind of cancers can occur like leukemia,
& They dON't guarantee the cure? One
breathe I'll be cancer free, But on their
misleading consent 6/23/05 another kind of cancer can
occur like leukemia, misled justify this Your
HONOR all business They insulted any
body's intelligence - OH!! my GOD We look stupid
Then my insurance Co. would NOT agree to pay
for care that WAS not needed.
Argument: your HONOR, If These (2) Hospitals
disclosed & NOT concealed my PET-scan
negative, They would NOT 100% get paid
by my insurance, cause I will refuse to
Treatments & signed A release that I will
be unabled refusing the treatments & spilled
out the advantages & Disadvantages of these

8-1-16

Your Honor          Page          Fr. Rosa Yap Munchac

Federal Court

Treatments they didn't offer me this, you know why? Your Honor Geisinger would lose $95,000 roughly & Moffitt $75,000 roughly got copies of the explanation of benefits from Blue Cross Blue Shield of NEPA I had mentioned these previously. They branded us really looked stupid.

5TH paragraph it says on Feb/2016 last letter, Geisinger indicated that I didn't understand the side effects because, interpretive services were not provided to me nor my husband was present (presence) when, I signed their consent for treatments and this occurred in 2005 for us to know the circumstances of this or address it other than to apologize. if the proper assistance was not provided our cancer providers understands the risks and benefits of the treatment they recommend for our patients and take great efforts to make sure our patients are fully informed & the use of interpreter services when needed (THEY VIOLATED all their statement here)

ARGUMENT 100% Geisinger & Moffitt identical never offered me the interpretive services/Note: Hospitals required-provide language access services, Aug. 19 2014 under Title VI of the Civil Rights Act of 1964, discrimination on the basis of race, color or national origin is prohibited, therefore, health care providers including Hospitals that receive federal funding, including medicare, medicaid and SCHIP are required to provide language access services for their patients I had research this on the web-site Your Honor Are Hospitals required to provide language access services? Geisinger & Moffitt definitely receive federal funds. Your Honor.

Note: These Hospitals not only violated all my patient Bill of rights (federal) They also discriminated me, As minority cause, They took advantage of me that was the major factor Your Honor. As a minority & Congressman Cartwright wrote that letter 6/9/16 this year.

Your HONOR                                                        Reply 2                                                8-1-16
Federal Court                          Fa. Rosa Yap Munchat

Continuation of my argument ON paragraph 5th
Yes, True, I signed their NOT informed consent
I didn't understand, NOT only the side effects
specially what WAS Neuropathy? a was rushed
To sign cause, Treatments starts, No interpre-
ter, offered, WAS scared To death, my Husband
WAS kept in the waiting room., I WAS scared alone.
Note: There but WAS it occurred in 2005 for
them To KNOW the circumstances of this OR
ADDRESS it, other than To Apologize? if the
PROPER Assistance WAS NOT provided.
YOUR HONOR, These are NOT Acceptable & Mis-
leading where do you think? YOUR HONOR
I Got all my arguments & facts of evidence
from their 185 pages medical reports &
106 pages medical reports from Moffitt, I
didn't pick these out of my eyelids?
Just I said Again, my only defense against
Geisinger Hosp. & Moffitt Hosp. are their own
written medical records spoke the Truth,
I WAS so ignorant, minority I had no idea
There WAS such a Patient Bill of rights &
interpreter.? No one gave me OR my Husband
copies, MiSLED US from 2005 - 2010 I WAS
under their care, How could Becky RuckNO
stated it occurred in 2005 for them To Know
the circumstances if Becky, read all the 185
Pages, Like I did, Look for your answers.
& Just Apologize? If the PROPER Assistance
WAS NOT Address To me? Note: YOUR HONOR
this Feb/2016 letter of defense of Becky
RuckNO Accepted all their quilts YOUR HONOR.
She justify it well, As a Director of interpre-
tive services she is liable & Geisinger should
SHE HANG Geisinger & Moffitt of making the decision W/O ME

Your Honor,                                    Page 29   1-16
Federal Court   Fr. Rosa Y. Munchak
continuation of #5 paragraph
investigate her (Becky Ricklo) How tens violations
happened under her watch. The reason she skipped
this gam. 6/16 meeting. Your Honor, Geisinger Hosp
was worried & concerned of my complain, cause
it was serious and they well come me at their
Door, met twice w/ me, letter attached herewith
that Feb/16 also that Risk Group will contact
me Your Honor' to review the compensation
but they rushed me away & said to a law-
yer who tried to talk to them, that they
didn't do anything illegal (this was the
Risk Group) They would not give me a
meeting at All. They again ignored me
Your Honor, am not a lawyer, I don't have
any law or legal degree, No legal words
& High words Vocabularies, I have Nothing
Your Honor, but all their medical records
of these two hospitals, The Bill of rights for
Patients, I have great determination that truth
will prevail, I have common sense, research
on websites, I couldn't help but tears in
my eyes writing these, Very Tough. I poured
all my emotions Dexcuse me pls. Your Honor
of all the very long complain but you have
to know the truth. I discovered tens last
Aug. 25/2014 & Moffitt are connected w/ this
Geisinger Sate DR. Walker is Liable, He made the
arrangement w/ moffitt they were both in Teamwork
of Victimizing me for greed. Their Not informed
consents violated the informed consent of patient
Bill of Rights, & I begged you Your Honor, It
should be voided, copies are enclosed herewith.
Pls. render me the justice under the law
So, they would stop Victimizing more inno-
cent patients, Minorities or not, Educated or

Your Honor Page 60     8-1-16
Federal Court   Fr. Rosa Y. Munchak
Not, young or old, I Thanked God, He gave
me the miracle to finally found & discovered
the Truth, Led me to Congressman earl wright
& I went to Federal Court just to Ask
of any legal Help I can find. Asked, your
Clerk If I can represent my self w/o a
Lawyer to start? Mr. Richard Miller was
a very Nice person & he said yes, I showed
him the Letter fr. Congressman earl wright
& He said he is a good man & He said
I could file the claim Now & He gave me
the forms, He Helped me How To fill out
& what To do. I looked up & said Thank
you so much LORD, I am at the right path
at Last since 2014 when, I discovered it
all. — I was shocked that at Last someone
can give me true Justice for so many
yrs. & all my injuries sufferings. How
it came about. I apologized, your Honor,
If I had repetitions on this Complain.
I am so mentally emotionally affected &
Hope you understand. The older I get the
worse I suffered. I get weaker & tried
To work on a $9.25 an Hour job Assembly line
on my feet 40 Hrs. a wk. instead of my business
from 1992-2014, Many Times, I felt so depressed
& Hopeless & prayers keep me to survive. Pls.
your Honor, before my Husband 91 yrs. old &
I'm 64 yrs. old leave this earth. Give me the
justice that I deserve for so long in the dark.
God blessed my Husband w/ a long life for a
reason that, Justice will be given to me, He will
go someday at peace & same as me, your Honor.
God Bless your good Heart & your family.
Thank you so much in Advance. Sincerely
ROSA YAP MUNCHAK