UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 17-1247
_____

ROSA YAP MUNCHAK,
                            Appellant

v.

BECKY RUCKNO; GEISINGER HOSPITAL;
ESTATE OF LATE DR. ROBERT L. WALKER,
contact lawyer Wendy Tripoli; DR. AMY LAW;
MOFFITT CANCER CENTER; DR. ROBERT WENHAM;
DR. RAVI SHANKAR
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 4-16-cv-01639)
District Judge: Honorable Mathew W. Brann
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
July 3, 2017

Before: SHWARTZ, COWEN and FUENTES, Circuit Judges
_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District

Court for the Middle District of Pennsylvania and was submitted pursuant to Third

Circuit LAR 34.1(a) on July 3, 2017. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered December 13, 2016, be and the same is hereby affirmed. Costs taxed against the appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Marcia M. Waldron
Clerk

Dated: July 5, 2017

**Certified as a true copy and issued in lieu of a formal mandate on** 10/18/2017

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**

OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



October 18, 2017

Mr. Peter J. Welsh
United States District Court for the Middle District of Pennsylvania
Herman T. Schneebeli Federal Building
240 West Third Street
Williamsport, PA 17701

RE: Rosa Munchak v. Becky Ruckno, et al
Case Number: 17-1247
District Case Number: 4-16-cv-01639

Dear Mr. Welsh:

Enclosed herewith is the certified judgment together with copy of the opinion or certified copy of the order in the above-captioned case(s). The certified judgment or order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order is also enclosed showing costs taxed, if any.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: /s/ *Aina*, Case Manager
Direct Dial: 267-299-4957

cc: Rosa Yap Munchak